IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KERRI WOLFF,

    Plaintiff,

        v.                    Case No. 20-cv-412

ANDREW SAUL,
Commissioner Of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to proceed through the sequential disability evaluation process as appropriate and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this \_\_6TH\_\_ day of NOVEMBER, 2020.

BY THE COURT:

_____
HONORABLE JAMES D. PETERSON
Chief United States District Judge