IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KERRI WOLFF,

    Plaintiff,

v.                                       Case No. 20-cv-412

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER

This matter coming before the Court on the parties' Stipulation For Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly advised, it is hereby ordered that:

Plaintiff be awarded $6,915.26 (six thousand nine hundred fifteen dollars and twenty-six cents) in fees and $0.00 (zero dollars and zero cents) in costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

Entered on this 7TH day of DECEMBER 2020.

BY THE COURT:

HON. JAMES D. PETERSON
Chief United States District Judge